# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** v EDWIN COLON-DIAZ **Defendant.** | **Criminal No.** 3:05-CR-194-01 (DRD) |

# ORDER

In keeping with the Administrative Directive approved by the Court under Miscellaneous Case No. 14-426 (ADC), defendant is placed on notice that the motion filed for a sentence reduction pursuant to U.S.S.G. Amendment 782 is undergoing the following process:

- A. Eligibility evaluation by a Magistrate Judge.

- B. Joint evaluation by the Government and Court-appointed attorney Héctor L. Ramos, from the Office of the Federal Public Defender.

- C. Evaluation by the U.S. Probation Office.

- D. Final evaluation and decision by the presiding judge.

The defendant is urged to remain in contact with counsel and shall refrain from *pro se* filings.

**BY ORDER OF THE COURT.**

In San Juan, Puerto Rico, on April 23, 2015          .

                                  **FRANCES RIOS DE MORAN, ESQ.**
                                  **CLERK OF COURT**

                  by    s/ Ana Romero
                           Ana Romero
                           Deputy Clerk